# In the United States Court of Federal Claims

No. 06-930L
(Filed: January 22, 2007)

**************************************
*
**Sokaogon Chippewa Community (aka The Mole** *
**Lake Band of Lake Superior Chippew Indians),** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case to Judge Marian B. Horn as the ADR Pilot Program Judge.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge