IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOKAOGON CHIPPEWA COMMUNITY (aka MOLE LAKE BAND OF LAKE SUPERIOR CHIPPEWA INDIANS), | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00930L |
| | ) | Judge Lynn J. Bush |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**
**PARTIES' CORRECTED JOINT MOTION FOR**
**TEMPORARY STAY OF LITIGATION**

Pursuant to the Court's request, the parties herein respectfully file a Notice of Filing Parties' Corrected Joint Motion for Temporary Stay of Litigation. The Parties Joint Motion for Temporary Stay of Litigation filed on February 23, 2007, [Docket # 8], included Glenn C. Reynolds as Attorney of Record for Plaintiff. The Corrected Joint Motion includes Patricia A. Marks as the Attorney of Record for Plaintiff. Defendant's undersigned counsel has notified Plaintiff's counsel of the need for the filing of this corrected Joint Motion. The Corrected Joint Motion for Temporary Stay of Litigation is attached hereto.

Respectfully submitted this 22nd day of February, 2007,

*s/ Martin J. LaLonde for*
*s/ Patricia A. Marks*
PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

Attorney of Record for Plaintiff

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

GLENN C. REYNOLDS
407 East Main Street
Madison, WI 53703
Tel: (608) 257-3621
Fax: (608) 257-5551

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

CANDACE BECK
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227