IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOKAOGON CHIPPEWA COMMUNITY )
(aka MOLE LAKE BAND OF LAKE )
SUPERIOR CHIPPEWA INDIANS), )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00930L
) Judge Lynn J. Bush
THE UNITED STATES OF AMERICA, )
)
Defendant. )
)

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the motion and for good cause shown, it is hereby ordered that

1. The parties' joint motion should be and hereby is GRANTED;

2. Effective immediately, the litigation of this case, including Defendant's time and obligation to file its Answer or otherwise respond to the Complaint, is temporarily stayed until after October 26, 2007;

3. The parties shall file a joint status report on or before October 26, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case (if any) and of Plaintiff's companion case, Sokaogon Chippewa Community v. Kempthorne, No. 06-cv-02247-JR (D.D.C.), and making a proposal to the Court about whether and how to proceed with this case; and

4. In the event that the parties seek to reinstate and proceed with the litigation of this case, the parties shall set forth, in their joint status report and proposal, their recommendations regarding the deadlines for such items as the filing by Defendant of its Answer or response to the Complaint and the filing of the parties' Joint Preliminary Status Report (JPSR) pursuant to RCFC Appendix A, ¶ 4.

SO ORDERED.

Date: ______________________________ ________________________________________________

HON. LYNN J. BUSH
United States Court of Federal Claims