# In the United States Court of Federal Claims

No. 06-0930 L

(Filed June 29, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
SOKAOGON CHIPPEWA COMMUNITY *
(aka MOLE LAKE BAND OF LAKE *
SUPERIOR CHIPPEWA INDIANS *
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 27, 2007, the parties filed a Joint Motion for Extension of Temporary Stay of Litigation in the subject matter. In an effort to avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the court and the parties, the parties request the subject matter be stayed while the parties engage in settlement discussions; conduct limited discovery; and, continue to conduct settlement negotiations in plaintiffs' companion case before the United States District Court for the District of Columbia, *Sokaogon Chippewa Community v. Kempthorne*, No. 01:06-cv-02247-JR. Additionally the parties are seeking permission to file a status report, on or before October 26, 2007, informing the court of the status of settlement discussions and making a proposal to the court about how to proceed with this litigation.

Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**; and all proceedings in this case shall continue to be **SUSPENDED** pending further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **October 26, 2007**, informing the court of settlement discussions and suggesting further proceedings in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
JUDGE