IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOKAOGON CHIPPEWA COMMUNITY (aka MOLE LAKE BAND OF LAKE SUPERIOR CHIPPEWA INDIANS), | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06cv00930L<br>Judge Lynn J. Bush |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR LEAVE TO FILE JOINT STATUS REPORT**
**OUT OF TIME AND [PROPOSED] ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully move for leave to file out of time a Joint Status Report. Pursuant to this Court's order dated June 29, 2007, the case was stayed until October 29, 2007, and the parties were directed to file a Joint Status Report on or before that date. Counsel inadvertently missed the October 29, 2007 filing deadline and seek leave of Court to file the Joint Status Report out of time for the following reasons.

The October 29, 2007 deadline for the Court of Federal Claims ("CFC") filing fell on the same day as a filing deadline in the parallel case filed in the United States District Court for the District of Columbia, Sokaogon Chippewa Community v. Kempthorne, No. 06-cv-02247-JR (D.D.C.). Undersigned counsel for the Defendant entered the CFC filing deadline and the DDC filing deadline as single "appointment" or due date on her electronic calendar. The title for the calendar entry showed only the DDC caption and name because it was entered first. The CFC caption and case name was entered second and did not appear in the heading or title for the calendar entry.

All deadlines in the parallel DDC case are currently suspended under the temporary stay effected by the July 2, 2007 Order instructing the United States to file a motion for remand by a date certain or be deemed to have waived the motion. See Order dated July 2, 2007, in Sokaogon Chippewa Community, No. 06-cv-02247-JR (attached hereto as Exhibit 1).

Undersigned counsel noted the calendar entry showing the DDC deadline, but did not open the entry and view the details, because the deadlines in that case are currently suspended. Undersigned counsel did not recall at the time that the DDC and CFC cases had concurrent filing deadlines before the DDC case was temporarily stayed and therefore did not open the calendar entry or see the CFC filing deadline until after it had passed. Counsel for the defendant realized the error on October 28, 2007 and immediately sent an electronic message to Plaintiffs' counsel advising them of their omission and submitted a proposed joint status report for Plaintiff's review and consideration.

Upon receiving Defendant's electronic message, Plaintiff's counsel immediately realized that they had similarly inadvertently overlooked the October 26, 2007 CFC filing deadline because of the concurrent deadlines and the current suspension of filing deadlines in the DDC case. On the morning of Monday, October 29, 2007, the parties conferred and agreed to submit this motion for leave to file out of time and the accompanying joint status report in an effort to correct the oversight.

Granting this motion will not prejudice any party and will serve the interests of justice.

WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

Respectfully submitted this 29th day of October, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Patricia A. Marks, by s/ Carol L. Draper pursuant to written authorization on October 29, 2007*
PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

Attorney of Record for Plaintiff

*s/ Carol L. Draper*
CAROL L. DRAPER
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0465
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

GLENN C. REYNOLDS
407 East Main Street
Madison, WI 53703
Tel: (608) 257-3621
Fax: (608) 257-5551

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

SHANI N. WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227