IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOKAOGON CHIPPEWA COMMUNITY )
(aka MOLE LAKE BAND OF LAKE )
SUPERIOR CHIPPEWA INDIANS), )
)
Plaintiff, )
)
v. ) Case No. 06cv00930L
) Judge Lynn J. Bush
THE UNITED STATES OF AMERICA, )
)
Defendant. )
___________________________________)

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Leave to File Joint Status Report Out of Time, and for good cause shown, it is hereby ORDERED that

The parties' joint motion should be and hereby is GRANTED.

SO ORDERED.

Date: ____________________________ ____________________________________

HON. LYNN J. BUSH
United States Court of Federal Claims