# In the United States Court of Federal Claims

No. 06-0930 L

(Filed October 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
SOKAOGON CHIPPEWA COMMUNITY *
(aka MOLE LAKE BAND OF LAKE *
SUPERIOR CHIPPEWA INDIANS *
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 29, 2007, the parties filed a Joint Motion for Leave to File Joint Status Report Out of Time. Pursuant to the court's order of June 29, 2007, the parties were directed to file a Joint Status Report by October 29, 2007. For good cause shown, it is hereby **ORDERED** that the parties' motion is **GRANTED**; and the parties shall **FILE** their **Joint Status Report**, on or before **November 9, 2007**, informing the court of settlement discussions and suggesting further proceedings in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
JUDGE