IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOKAOGON CHIPPEWA COMMUNITY )
(aka MOLE LAKE BAND OF LAKE )
SUPERIOR CHIPPEWA INDIANS), )
)
Plaintiff, )
)
v. ) Case No. 06cv00930L
) Judge Lynn J. Bush
THE UNITED STATES OF AMERICA, )
)
Defendant. )
_______________________________________)

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

To the Clerk:

Please withdraw the appearance of Carol L. Draper and enter the appearance of Matthew M. Marinelli as counsel of record for Defendant in this case.

Service of all papers on Mr. Marinelli by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand or overnight-mail deliveries to Mr. Marinelli should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Room 3206
Washington, D.C. 20004

Respectfully submitted this 28th day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Matthew M. Marinelli*
MATTHEW MARINELLI
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0293
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

KEVIN REGAN
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3202
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227