IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOKAOGON CHIPPEWA COMMUNITY (aka MOLE LAKE BAND OF LAKE SUPERIOR CHIPPEWA INDIANS), | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06cv00930L |
| | ) | Judge Lynn J. Bush |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' fourth joint motion to extend the temporary stay of litigation and supporting joint status report. Upon consideration of the joint motion and joint status report and for good cause shown, it is hereby ORDERED that

1. The joint motion to extend the temporary stay of litigation should be and hereby is GRANTED.

2. The litigation of this case shall be temporarily stayed to and including October 23, 2008.

3. The obligation for Defendant to file its Answer or otherwise respond to the Complaint, the obligation of the parties to comply with the requirements of RCFC Appendix A, and any other litigation-related obligations of the parties shall deferred until after the termination of the temporary stay.

4. The parties shall file a joint status report on or before October 23, 2008, informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

SO ORDERED.

Date: ____________________________

____________________________________
HON. LYNN J. BUSH
Judge, United States Court of Federal Claims